# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMIAL No. 07-30109-WDS |
| LAMORRIS T. WILFORD, | ) |
| Defendant. | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to continue the trial in this matter to allow the defendant to seek medical attention, and to allow the parties to complete plea negotiations (Doc. 80). The defendant indicated at the hearing that he is suffering from kidney problems that may require surgery, and that one of the government's agents has been unavailable during trial preparatory stages. At the hearing, the defendant waived speedy trial after being advised of his rights under the Speedy Trial Act. The government does not object to this motion to continue.

Upon review of the record, the Court **FINDS** that it is appropriate to continue the trial in this matter. The Court **FURTHER FINDS** that the defendant's counsel has exercised due diligence in preparing this matter but that in light of the defendant's medical condition, and the unavailability of the government's agent, additional time is reasonable and necessary to allow defense counsel further time to prepare for trial, including pursuing the possibility of plea negotiations. The Court **FURTHER FINDS** that failure to grant a continuance in this matter would deny counsel for the defendant reasonable time necessary to prepare for trial. The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance, and that the need for the continuance outweighs the interests of the defendant and the public in a

speedy trial. 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion for a continuance. This matter is hereby rescheduled for final pre-trial conference on March 28, 2008, at 11:00 A.M. and trial on April 15, 2008, at 9:00 A.M. All time between the filing of this motion and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: February 26, 2008.**

                                         s/ **WILLIAM D. STIEHL**
                                             **DISTRICT JUDGE**